Joel Y. Muranaka
Chester Circle
Palo Alto, Ca. 94022
(650) 493-0862
          Plaintiff-Appellant **ADR**

*IFP*

**FILED**

$\frac{S}{7}$

⊙JAN 24 P 3:52

W. WIEKING
CLERK
U.S. DISTRICT COURT
N.J. DIST. OF CA. S.J.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION
Pro Se [Non-Prisoner] Complaint Form

Joel Y. Muranaka
          Plaintiff-Appellant **C08** Case No. **00542**

**COMPLAINT**

**DEMAND FOR JURY TRIAL**

**RS**

v.

*C|RS*

United States of America; Michael Mukasey;
Thomas Fox; SA IRS
Brian Casey; SA DEA
Alfredo Cardwood; SA CDOJ
Scott Becker; Deputy Sheriff, San Benito Co.
Bruce Balzano; SA DEA
Robert Mueller; United States Attorney.
          Defendants- Appellees.

*If allowed by statute, do you wish to have a trial by jury?* Yes [ **X** ]    No [    ]

*[If any answer requires additional space, please use additional paper and attach hereto.]*

I.    **PREVIOUS LAWSUITS**

   A.    *Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?*

   Yes [    ]    No [ **X** ]

1

B. *If your answer to A is Yes, describe the lawsuit in the space below.  [If more than one lawsuit, describe on another sheet of paper using the same outline.]*

    *1.  Parties to this previous lawsuit:*

      *Plaintiff:* _____

      *Defendant(s):* _____

    *2.  Court:* _____
            *(If federal court, name the district; if state court, name the county)*

    *3.  Docket Number:* _____

    *4.  Name(s) of Judge(s) to whom case was assigned:* _____

    *5.  Status of Case:* _____
            *(For example, was the case dismissed? Settled? Appealed? Still Pending?)*

    *6.  Date lawsuit was filed:* _____

    *7.  Date of disposition (if concluded):* _____

C. *Do you have any other lawsuit(s) pending in the federal court in* CALIFORNIA

    Yes [ ]    No [ **X** ]

## II. PARTIES

*In Item A below, place your name and address in the space provided.  [If additional plaintiffs, do the same on another sheet of paper.]*

A.  Name of Plaintiff: Joel Muranaka
_____

    Address: 185 Hemlock Court, Palo Alto, CA 94306
_____

*In Item B below, place the full name of the defendant, and his/her/its address, in the space provided. Use Item C for additional defendants, if any.*

B.  Name of Defendant: U.S. Government; Michael Mukasey et al.
_____

    Address: U.S. Dept. of Justice, 950 Pennsylvania N/W
    Washington D.C. 20530 -0001

C.  *Additional Defendants (provide the same information for each defendant as listed in Item B above):*

*See Attachment "C"*

## III. STATEMENT OF CLAIM

*State here, as briefly as possible, the facts of your case. Describe how each defendant is involved. Include also the name(s) of other persons involved, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets of paper if necessary.*

The  unlawfully took monies under the color of authority from Mr. Muranaka. The monies taken were:

| | | |
|---|---|---|
| (1) From American Savings | Box 3201 | $88,000.00 |
| (2) From World Savings and Loan | Box 1526 | $46,980.00 |
| | Box 1456 | $48,000.00 |
| | Box  354 | $53,000.00 |
| (3) From 185 Hemlock | | $2,660.00 |
| | | $8,049.00 |

Attachment "C"

Tom Fox
Special Agent, Internal Revenue Service
Criminal Division
Fresno, Ca. 93888

Bruce Balzano
Special Agent, Drug Enforcement Administration
U.S. Dept. Of Justice
450 Golden Gate Ave.
P.O. Box 36935
San Francisco, Ca. 94102

Alfredo Cardwood
Special Agent, California Dept. Of Justice,
                Bureau Of Narcotic Enforcement
1102 Q St.
64 Sacramento, Ca. 9581

Scott Becker
Deputy Sheriff, San Benito County
Sheriff's Dept.
451 4th St.
Hollister, Ca. 45024

Brian Casey
Special Agent, Drug Enforcement Administration
450 Golden Gate Ave.
P.O. Box 36035
San Francisco, Ca. 94102

Robert P. Mecir
California Dept. Of Justice
                Bureau Of Narcotic Enforcement
1102 Q St. 64 Sacramento, Ca. 95814

4

## IV. RELIEF.

*State briefly and exactly what you want this court to do for you.*

Mr. Muranaka asks that the court direct that the defendants return all monies unlawfully taken from Mr. Muranaka and that interest and damages resulting from this taking also be paid. Mr Muranaka also asks that any other relief or remedies deemed appropriate by the court be granted.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this _22_ day of _January_ , 20_08_

_____
*Signature of Plaintiff*

# ATTACHMENTS

**FORM A:** *Pro Se* [Non-Prisoner] Complaint Form

**FORM B:** Civil Cover Sheet (Form JS-44)

**FORM C:** Application to Proceed Without Prepayment of Fees and Affidavit (IFP Application)

**FORM D:** *Pro Se* Party's Answers to Rule 26.01 Interrogatories

**FORM E:** Summons in a Civil Case

**FORM F:** Notice of Lawsuit and Request for Waiver of Service for Summons

**FORM G:** Waiver of Service of Summons

**FORM H:** Consent to Proceed before a United States Magistrate Judge

1