# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

*[Enter the full name of the plaintiff in this action]*

Joel Muranaka

   Plaintiff-Appellant

vs.

United States of America; Michael Mukasey;
Thomas Fox; SA IRS
Brian Casey; SA DEA
Alfredo Cardwood; SA CDOJ
Scott Becker; Deputy Sheriff, San Benito County
Bruce Balzano; SA DEA
Robert Mueller; United States Attorney.

   Defendants-Appellees.

C/A No. _____

**FILED**

2008 JAN 24   P 3: 52

RICHARD W. WIEKING
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

*Pro Se Party's Answers to Rule 26.01 Interrogatories*

C 08 00542  RS

ADR

(A) State the full name, address and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of said interest.

(B) As to each claim, state whether it should be tried jury or non jury and why.

(C) State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division).

(D) Is this action related in whole or in part to any other matter filed in this District, whether civil or criminal? If so, provide:
 (1) a short caption and the full case number of the related action;
 (2) an explanation of how the matters are related; and
 (3) a statement of the status of the related action.
Please disclose any cases which may be related regardless of whether they are still pending.

*See Attachment "D"*

Attachment "D"

1) Case Numbers - CR-95-20119-RMW
                  CR-98-20092-RMW
   Money Laundering; Title 18, United States Code, Section 924(c)

   Criminal Forfeiture

2) Under the color of authority unlawfully took monies from Mr. Muranaka

3) Mr. Muranaka was found guilty.


Related Cases: Recovery of Monies & FTCA
28 U.S.C. § 2674; U.S. v Garcia-Guizar 160 F 3d 511 (9th 1998)

<u>Note</u>: Whether cases are related such that they should be assigned to a single judge will be determined by the Clerk of Court based on a determination of whether the cases: arise from the same or identical transactions, happenings or events; involve the identical parties or property; or for any other reason would entail substantial duplication of labor if heard by different judges.

(E) [*Pro Se* **Defendants** only.] If the defendant is improperly identified, give the proper identification and state whether the party(ies) submitting these responses will accept service of an amended summons and pleading reflecting the correct identification.

(F) [*Pro Se* **Defendants** only.] If you contend that some other person or legal entity is, in whole or in part, liable to you or the party asserting a claim against you in this matter, identify such person or entity and describe the basis of said liability.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _____ day of _____, 20___.

_____
Signature of Party Responding