**United States District Court**
For the Northern District of California

**\*E-FILED\***
**May 1, 2008**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL Y. MURANAKA, | No. C 08-00542 RS |
| Plaintiff, | **CLERK'S NOTICE** |
| v. | |
| UNITED STATES OF AMERICA, et al., | |
| Defendant. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

Due to the unavailability of the Court, the case management conference in the above-captioned matter currently set for May 14, 2008 at 2:30 p.m. has been continued to **June 18, 2008 at 2:30 p.m.**

Dated: May 1, 2008

For the Court,
RICHARD W. WEIKING, Clerk

By: /s/ Martha Parker Brown
     Courtroom Deputy Clerk

1  **THIS NOTICE WAS MAILED TO:**

2  Joel Y. Muranaka
   Chester Circle
3  Los Altos, CA 94022

**United States District Court**
For the Northern District of California