FILED

2008 MAY 12 A 10: 40

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S. J.

*Change*

Correct address for Joel Yoshio Muranaka,
Case Number C08 00542
Correct Address: Joel Y. Muranaka
185 Hemlock Ct
Palo Alto, Ca. 94306

Joel Y. Muranaka