1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  PAUL T. HAMMERNESS, State Bar No. 90294
   Supervising Deputy Attorney General
3    455 Golden Gate Avenue, Suite 11000
     San Francisco, CA  94102-7004
4    Telephone:  (415) 703-5520
     Fax:  (415) 703-5480
5    Email:  Paul.Hammerness@doj.ca.gov

6  Attorneys for Defendant Special Agent Supervisor
   Robert P. Mecir

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| JOEL MURANAKA, | **Case No.  C 08-00542-RS** |
|---|---|
| Plaintiff, | **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |
| v. | |
| U.S.A., et al., | |
| Defendants. | |

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated:  May 19, 2008.

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California


  s/s Paul T. Hammerness
PAUL T. HAMMERNESS
Supervising Deputy Attorney General

Attorneys for Defendant Special Agent Supervisor Robert P. Mecir

Declination to Proceed Before a Magistrate Judge & Req. for Reassignment to a U.S Dist. Judge          Muranaka v. USA, et al.
                                                                                                      No.  C 08-00542-RS

# DECLARATION OF SERVICE BY U.S. MAIL

Case Name:    **MURANAKA, Joel v. USA, et al.**

No.:    **C 08-00542-RS**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On May 19, 2008, I served the attached **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA  94102-7004, addressed as follows:

Joel Y. Muranaka
Chester Circle
Palo Alto, CA  94022

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on May 19, 2008, at San Francisco, California.

|  Rosalinda E. Asuncion  |  s/s/Rosalinda E. Asuncion  |
|:---:|:---:|
| Declarant | Signature |

40255175.wpd