EDMUND G. BROWN JR.
Attorney General of the State of California
PAUL T. HAMMERNESS, State Bar No. 90294
Supervising Deputy Attorney General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 703-5520
  Fax:  (415) 703-5480
  Email:  Paul.Hammerness@doj.ca.gov

Attorneys for Defendant Special Agent Supervisor
Robert P. Mecir

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

|  |  |
|---|---|
| JOEL MURANAKA,<br><br>                              Plaintiff,<br><br>          v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>                              Defendants. | Case No.  C 08-00542-RS<br><br>**NOTICE OF PENDENCY OF PRIOR ACTION OR PROCEEDING (LOCAL RULE 3-13) AND REQUEST FOR ASSIGNMENT OF CASE** |

Defendant Robert Mecir hereby brings this Notice of Pendency of Other Action or Proceeding under Local Rule 3-13.

This case appears to arise out of the forfeiture of funds taken from plaintiff during his prosecution in *United States of America v. Joel Muranaka*, CR 98-20092-RMW; in which plaintiff was convicted, and the assets which are the subject of this action were forfeited to the government by the jury (see attachment).

Consequently, defendant Mecir respectfully requests that this action be assigned to the Honorable Ronald W. Whyte for all further proceedings.

Not.of Pendency of Prior Action or Proceeding (Local Rule 3-13) & Req. for Assign. of Case          Muranaka v. USA, et al.
C 08-00542-RS

1

1    Dated:  May 19, 2008.

2                                    Respectfully submitted,

3                                    EDMUND G. BROWN JR.
                                     Attorney General of the State of California
4

5

6                                    s/s/ Paul T. Hammerness
                                     PAUL T. HAMMERNESS
7                                    Supervising Deputy Attorney General

8                                    Attorneys for Defendant Special Agent Supervisor Robert P.
                                     Mecir
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Not.of Pendency of Prior Action or Proceeding (Local Rule 3-13) & Req. for Assign. of Case                    Muranaka v. USA, et al.
                                                                                                                  C 08-00542-RS

2

# ATTACHMENTS

**FILED**

NOV 9 1999

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

        v.

JOEL YOSHIO MURANAKA and
ROBERT WARREN JOHNSON,

        Defendants.

NO. CR-98-20092-RMW

**SPECIAL VERDICT FORM**

We, the Jury, return the following Special Verdict as to each defendant's interest in each of the properties alleged to be subject to forfeiture to the United States.

    A.    <u>AS TO JOEL MURANAKA</u>

        i)    the property located at Summit Road and Mt. Madonna Road, Santa Clara County, State of California, County Assessor's parcel number APN 756-07-022;

        Yes   ✓   *(to be forfeited)*

        No   _____   *(not to be forfeited)*

        ii)    $10,709 in United States currency seized from the residence of defendant Joel Yoshi Muranaka at 185 Hemlock Court, Palo Alto, California, or the portion thereof, that the government has shown constitute or was derived from proceeds obtained as a result of the drug offenses for which you found defendant guilty;

        Yes as to (specify amount) $ _8,049_ *(to be forfeited)*

        No   _____   *(not to be forfeited)*

        iii)    $205,980 in United States currency seized on May 31, 1995 from four safe

1  deposit boxes as follows: Safe Deposit Box #3201 ($88,000 in U.S. currency) located at American

2  Savings Bank, Mountain View, California; Safe Deposit Box #1526 ($46,980 in U.S. Currency) Safe

3  Deposit Box #1456 ($18,000 in U.S. currency), and Safe Deposit Box #354 ($53,000 in U.S.

4  currency), from World Savings & Loan Association, Mountain View, California, or the portion

5  thereof, that the government has shown constitute or was derived from the proceeds obtained as a

6  result of the drug offenses for which you found defendant guilty;

7                  Yes as to (specify amount) $ _205 000_ *(to be forfeited)*

8                  No _____ *(not to be forfeited)*

9                       $98,0

10  B.     <u>AS TO ROBERT JOHNSON</u>

11          i)       the property located at Summit Road and Mt. Madonna Road, Santa Clara

12  County, State of California, County Assessor's parcel number APN 756-07-022;

13                  Yes   ✓         *(to be forfeited)*

14                  No _____ *(not to be forfeited)*

15          ii)      a 1989 black Toyota pick-up truck, California license plate 3X48866, Vehicle

16  Identification Number JT4RN81P2K0033054, registered to Mr. Johnson.

17                  Yes   ✓         *(to be forfeited)*

18                  No _____ *(not to be forfeited)*

19

20  DATED: *Nov 2, 1999*

21

22                                *Marylee Timpson*

                              FOREPERSON

23

24

25

26

27

28

                                   2

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:    **MURANAKA, Joel v. USA, et al.**

No.:    **C 08-00542-RS**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made.  I am 18 years of age or older and not a party to this matter.  I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service.  In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On May 19, 2008, I served the attached **NOTICE OF PENDENCY OF PRIOR ACTION OR PROCEEDING (LOCAL RULE 3-13) AND REQUEST FOR ASSIGNMENT OF CASE** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA  94102-7004, addressed as follows:

Joel Y. Muranaka
Chester Circle
Palo Alto, CA  94022

Joel Y. Muranaka
185 Hemlock Court
Palo Alto, CA  94306

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on May 19, 2008, at San Francisco, California.

| Rosalinda E. Asuncion | s/s/Rosalinda E. Asuncion |
|---|---|
| Declarant | Signature |

40255175.wpd