1 | EDMUND G. BROWN JR.
Attorney General of the State of California
2 | PAUL T. HAMMERNESS, State Bar No. 90294
Supervising Deputy Attorney General
3 |   455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
4 |   Telephone:  (415) 703-5520
  Fax:  (415) 703-5480
5 |   Email:  Paul.Hammerness@doj.ca.gov

6 | Attorneys for Defendant Supervising Special Agent
Robert P. Mecir

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| JOEL MURANAKA, | Case No.  C 08-00542-JW |
|---|---|
| Plaintiff, | **STATE DEFENDANT'S REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE PENDING HEARING OF DISPOSITIVE MOTIONS; [PROPOSED] ORDER** |
| v. | |
| UNITED STATES OF AMERICA, et al., | CMC Date: June 23, 2008 |
| Defendants. | Time:  10:00 a.m. |
| | Courtroom:  8 (4th Flr., San Jose) |
| | Judge:  Honorable James Ware |

**A.     Nature of Action; Procedural Status.**

This is an action for return of monies brought by *pro per* plaintiff pursuant to 42 U.S.C. § 1983.  Plaintiff sues the United States of America and State Defendant Supervising Special Agent Robert Mecir, seeking the return of funds that were forfeited following plaintiff's conviction in the 1990's on drug and money laundering charges.

Following service of this action, the State Defendant has promptly calendared a motion to dismiss, now set for hearing on September 15, 2008.  The motion asserts, *inter alia*, that the action is barred by *Heck v. Humphrey*, given the fact that plaintiff's conviction remains intact.

///

State Deft's Req. for Cont. of CMC Pending Hrg. of Dispositive Mots.; [Proposed] Order     Joel Muranaka v. USA, et al.
C 08-00542-JW

1

**B.  Grounds for Request.**

After filing, the matter was set for a case management conference for June 23, 2008 (over two months prior to the hearing date of defendant's motions).  Proper preparation for such a conference would require a substantial amount of effort, including service and filing of early disclosures, and a joint case management conference statement.

Given the pendency of the defendant's dispositive motions, however, it would appear premature to hold the case management conference on the scheduled date.  Obviously, if the motions are successful, the necessity for the conference would be mooted.  However, even if the motions are not wholly-dispositive, the likely narrowing of issues would render much of the case management conference preparation and discovery unnecessary.

Consequently, in the interests of justice, to avoid unnecessary time and expense to all parties, the State Defendant herein respectfully requests that the current case management conference (and associated requirements) be continued to late September 2008 and/or vacated pending the hearing on the defendant's motions.

Dated:  May 23, 2008.

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California


s/s Paul T. Hammerness
PAUL T. HAMMERNESS
Supervising Deputy Attorney General

Attorneys for Defendant Supervising Special Agent Robert P. Mecir

State Deft's Req. for Cont. of CMC Pending Hrg. of Dispositive Mots.; [Proposed] Order    Joel Muranaka v. USA, et al.
C 08-00542-JW

1 **[PROPOSED] ORDER**

2   IT IS ORDERED that the Initial Case Management Conference herein be continued to
September 15, 2008 at 10:00 AM to coordinate with the scheduled motion hearing.
3   The hearing on Defendant Mecir's Motion to Dismiss is set for 9:00 AM.

4   Dated:  May 27, 2008

5   _____
    HONORABLE JAMES WARE
6   United States District Court Judge

State Deft's Req. for Cont. of CMC Pending Hrg. of Dispositive Mots.; [Proposed] Order     Joel Muranaka v. USA, et al.
C 08-00542-JW

3