Vincent P. Hurley #111215
Douglas F. Young #84531
LAW OFFICES OF VINCENT P. HURLEY
A Professional Corporation
38 Seascape Village
Aptos, California 95003
Telephone: (831) 661-4800
Facsimile: (831) 661-4804

Attorneys for Defendant
SCOTT BECKER, Deputy Sheriff, San Benito County

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOEL Y. MURANAKA,<br><br>    Plaintiff,<br><br>vs.<br><br>UNITES STATES OF AMERICA; MICHAEL MUKASEY; THOMAS FOX, SA IRS; BRIAN CASEY, SA DEA; ALFREDO CARDWOOD, SA CDOJ; SCOTT BECKER, Deputy Sheriff, San Benito County.; BRUCE BALZANO, SA DEA; ROBERT MUELLER, United States Attorney,<br><br>    Defendants. | Case No. C 08-00542 RS<br><br>REQUEST FOR JUDICIAL NOTICE<br><br>[Fed. R. Evid. § 201 (b)]<br><br>Time: September 15, 2008<br>Time: 9:00 a.m.<br>Courtroom 8, 4th Floor |

Pursuant to Federal Rules of Evidence 201(b) and *U.S. Ex rel. Robinson Rancheria Citizens Council v. Borneo, Inc*, 971 F.2d 244 (9th Cir. 1992), Defendant Scott Becker requests that this Court take judicial notice of the following records and documents from *United States of America v. Joel Yoshio Muranaka,* et al, No. CR-98-20092-RMW entitled as follows:

/ / /

/ / /

/ / /

1    Special verdict form dated November 9, 1999, a copy of which is attached hereto as
2    Exhibit A for the convenience of the Court.
3    Dated:  May 29, 2008

                                        LAW OFFICES OF VINCENT P. HURLEY
                                        A Professional Corporation


                                        By:    /s/ Douglas F. Young
                                                DOUGLAS F. YOUNG
                                        Attorneys for Defendant SCOTT BECKER

FILED
NOV 9 1999
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOEL YOSHIO MURANAKA and
ROBERT WARREN JOHNSON,

    Defendants.

NO. CR-98-20092-RMW

SPECIAL VERDICT FORM

We, the Jury, return the following Special Verdict as to each defendant's interest in each of the properties alleged to be subject to forfeiture to the United States.

    A.    AS TO JOEL MURANAKA

        i)    the property located at Summit Road and Mt. Madonna Road, Santa Clara County, State of California, County Assessor's parcel number APN 756-07-022:

        Yes  ✓  (to be forfeited)

        No  ____  (not to be forfeited)

        ii)    $10,709 in United States currency seized from the residence of defendant Joel Yoshi Muranaka at 185 Hemlock Court, Palo Alto, California, or the portion thereof, that the government has shown constitute or was derived from proceeds obtained as a result of the drug offenses for which you found defendant guilty;

        Yes as to (specify amount) $ __8049 00__ (to be forfeited) ;

        No  ____  (not to be forfeited)

        iii)    $205,980 in United States currency seized on May 31, 1995 from four safe

deposit boxes as follows: Safe Deposit Box #3201 ($88,000 in U.S. currency) located at American Savings Bank, Mountain View, California; Safe Deposit Box #1526 ($46,980 in U.S. Currency) Safe Deposit Box #1456 ($18,000 in U.S. currency), and Safe Deposit Box #354 ($53,000 in U.S. currency), from World Savings & Loan Association, Mountain View, California, or the portion thereof, that the government has shown constitute or was derived from the proceeds obtained as a result of the drug offenses for which you found defendant guilty;

Yes as to (specify amount) $ _205,000_ (to be forfeited)

No _____ (not to be forfeited)

B. AS TO ROBERT JOHNSON

  i) the property located at Summit Road and Mt. Madonna Road, Santa Clara County, State of California, County Assessor's parcel number APN 756-07-022

Yes _✓_ (to be forfeited)

No _____ (not to be forfeited)

  ii) a 1989 black Toyota pick-up truck, California license plate 3X48866, Vehicle Identification Number JT4RN81P2K0033054, registered to Mr. Johnson.

Yes _✓_ (to be forfeited)

No _____ (not to be forfeited)

DATED: Nov 2, 1999

Marylue Timpson
FOREPERSON

2