1  Vincent P. Hurley #111215
   Douglas F. Young #84531
2  LAW OFFICES OF VINCENT P. HURLEY
   A Professional Corporation
3  38 Seascape Village
   Aptos, California 95003
4  Telephone: (831) 661-4800
   Facsimile: (831) 661-4804
5
   Attorneys for Defendant
6  SCOTT BECKER, Deputy Sheriff, San Benito County

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                          SAN JOSE DIVISION

11
                                           )   Case No. C 08-00542 JW (RS)
12  JOEL Y. MURANAKA,                      )
                                           )   [PROPOSED] ORDER ON MOTION
13                Plaintiff,               )   TO DISMISS
                                           )
14     vs.                                 )   Date: September 15, 2008
                                           )   Time: 9:00 a.m.
15  UNITES STATES OF AMERICA;              )   Courtroom 8, 4th Floor
    MICHAEL MUKASEY; THOMAS FOX, SA )
16  IRS; BRIAN CASEY, SA DEA; ALFREDO      )
    CARDWOOD, SA CDOJ; SCOTT BECKER,)
17  Deputy Sheriff, San Benito Co.; BRUCE  )
    BALZANO, SA DEA; ROBERT MUELLER,)
18  United States Attorney,                )
                                           )
19                Defendants.              )
                                           )
20

21

22      The matter having come on regularly September 15, 2008 at 9:00 a.m., in Courtroom 8 of

23  the Honorable James Ware, the matter having been argued and submitted, and good cause

24  appearing therefore;

25  / / /

26  / / /

27  / / /

28

1
[Proposed] Order on Motion to Dismiss                              Case No. C 08-00542 RS

1  IT IS HEREBY ORDERD that the complaint of Plaintiff is dismissed, or in the
2  alternative that Plaintiff have 20 days to amend his complaint to state the individuals and entities
3  he contends have harmed him, how each Defendant is involved, the names of other persons
4  involved, and the dates and places on and at which the complained-of events occurred.

6  Dated: _____

　　　　　　　　　　　　　　　　　　　　　　　　　HONORABLE JAMES WARE
　　　　　　　　　　　　　　　　　　　　　　　　Judge, United States District Court