Vincent P. Hurley #111215
Douglas F. Young #84531
LAW OFFICES OF VINCENT P. HURLEY
A Professional Corporation
38 Seascape Village
Aptos, California 95003
Telephone: (831) 661-4800
Facsimile: (831) 661-4804

Attorneys for Defendant
SCOTT BECKER, Deputy Sheriff, San Benito County

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOEL Y. MURANAKA, <br><br> Plaintiff, <br><br> vs. <br><br> UNITED STATES OF AMERICA; MICHAEL MUKASEY; THOMAS FOX, SA IRS; BRIAN CASE, SA DEA; ALFREDO CARDWOOD, SA CDJOJ; SCOTT BECKER, Deputy Sheriff, San Benito County; BRUCE BALZANO, SA DEA; ROBERT MUELLER, United States Attorney, <br><br> Defendants. | Case No. C 08-00542 RS <br><br> PROOF OF SERVICE BY MAIL OF DEFENDANT'S MOTION TO DISMISS COMPLAINT <br><br> Date: September 15, 2008 <br> Time: 9:00 a.m. <br> Courtroom 8, 4th Floor |

1  I, Gina Forese, declare as follows:  I am employed in the County of Santa Cruz, State of
2  California.  I am over the age of eighteen years and not a party to the within action.  My business
3  address is 38 Seascape Village, Aptos, California 95003.
4  On May 29, 2008, I served the following documents:
5  - Notice of Motion and Motion to Dismiss Complaint; Memorandum of Points and
6    Authorities;
7  - Request for Judicial Notice;
8  - [Proposed] Order on Motion to Dismiss
9  on the interested parties to said action by the following means:
10  X   (BY MAIL)  By placing a true copy of the above-referenced document(s) enclosed in
11  a sealed envelope with postage thereon fully prepaid, in the United States mail at Aptos,
12  California, addressed as shown below.
13  ___ (BY HAND-DELIVERY)  By delivering a true copy thereof, enclosed in a sealed
14  envelope, to the address(es) shown below.
15  ___ (BY OVERNIGHT DELIVERY)  By placing a true copy thereof, enclosed in a sealed
16  envelope, with delivery charges to be billed to the Law Offices of Vincent P. Hurley, to be
17  delivered by Federal Express, to the address(es) shown below.
18  ___ (BY FACSIMILE TRANSMISSION)  By transmitting a true copy thereof by
19  facsimile transmission from facsimile number (831) 661-4804 to the interested parties to
20  said action at the facsimile number(s) shown below.
21  / / /
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28

2

Proof of Service                                                                                                             Case No. C 08-00542 RS

1   I declare under penalty of perjury under the laws of the State of California that the
2   foregoing is true and correct.
3   Executed on May 29, 2008, at Aptos, California.

                                                    /s/ Gina Forese
                                                    Gina Forese

7   NAMES(S) AND ADDRESS OR FAX NUMBER(S) OF EACH PARTY SERVED:

8   Joel Y. Muranaka                             *In Forma Pauperis*
    185 Hemlock Court
9   Palo Alto, CA 94306

Proof of Service                                                                  Case No. C 08-00542 RS