# U.S. Department of Justice
## United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

**ENTERED** 5/7/08

| | |
|---|---|
| **PLAINTIFF** Joel Y. Muranaka | **COURT CASE NUMBER** C08-542-RMW |
| **DEFENDANT** United States of America, et al | **TYPE OF PROCESS** **See Below |

**FILED** 2008 MAY 30 P 12:51
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

**SERVE AT**
- NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: Bruce Balzano, Special Agent Drug Enforcement Admin, US Department of Justice
- ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*: PCB 36035, 450 Golden Gate Avenue, San Francisco, CA 94102

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Joel Y. Muranaka
Chester Circle
Palo Alto, CA 94022

| | |
|---|---|
| Number of process to be served with this Form - 285 | 5 |
| Number of parties to be served in this case | 10 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service)*:

**1. Complaint
2. Application to Proceed Informa Pauperis
3. Pro Se Party's Answer to Rule 26.01
4. ADR Scheduling Order
5. Order re Application to Proceed Informa Pauperis

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 408-535-5513
DATE: 4/18/2008

---

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 5 | No. 11 | No. 11 | | 5/7/08 |

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*

Name and title of individual served *(if not shown above)*:

Address *(complete only if different than shown above)*:

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service: 5/20/08   Time: US Mail pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| $45.00 | | | $45.00 | | $45.00 |

**REMARKS:**
05/07/08 Mailed U.S. Certified Return Receipt Mail
05/20/08 Received acknowledgement of service

*EXECUTED*

PRIOR EDITIONS MAY BE USED — **1. CLERK OF THE COURT** — FORM USM-285 (Rev. 12/15/80)

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Northern District of Calfornia

| | |
|---|---|
| JOEL Y. MURANAKA ) | |
| Plaintiff ) | |
| v. ) | Civil Action No.   CV 08-00542 RS |
| UNITED STATES OF AMERICA, ET AL. ) | |
| Defendant ) | |

**Summons in a Civil Action**

To: *(Defendant's name and address)*
Bruce Balzano
Special Agent Drug Enforcement Administration
United States Department of Justice
POB 36035, 450 Golden Gate Avenue
San Francisco, CA 94102

A lawsuit has been filed against you.

    Within __60__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:
Joel Y. Muranaka
Chester Circle
Palo Alto, CA 94022


If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                                                                          Richard W. Wieking
                                                                                                     Name of clerk of court

Date: __April 18, 2008__                                                               Betty Walton
                                                                                                     Deputy clerk's signature

[EXECUTED stamp]

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on __5/20/08__,
by:

(1) personally delivering a copy of each to the individual at this place, _____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____ ; or

(4) returning the summons unexecuted to the court clerk on _____ ; or

(5) other (specify) __Received acknowledgement of service__

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__.

Date: __5/20/08__

_____
Server's signature

__Donald Harris Jr   USMS__
Printed name and title

UNITED STATES MARSHALS SERVICE
280 SOUTH FIRST STREET ROOM 2100
SAN JOSE, CA 95113

Server's address

**EXECUTED**