# U.S. Department of Justice
# United States Marshals Service

## PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Joel Y. Muranaka | C08-1542 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| United States of America, et al | **See Below |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Robert P. Mecir, California Department of Justice, Bureau of Narcotic Enforcement

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1102 Q Street, Sacramento, CA 95814

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Joel Y. Muranaka
Chester Circle
Palo Alto, CA 94022

| | |
|---|---|
| Number of process to be served with this Form - 285 | 5 |
| Number of parties to be served in this case | 10 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

**1. Complaint
2. Application to Proceed Informa Pauperis
3. Pro Se Party's Answer to Rule 26.01
4. ADR Scheduling Order
5. Order re Application to Proceed Informa Pauperis

Signature of Attorney or other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: 408-535-5513
DATE: 4/18/2008

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)

Total Process: 5
District of Origin No. 11
District to Serve No. 11
Date: 5/7/08

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Date of Service: 5/12/08
Time: pm

REMARKS:
05/07/08 Mailed U.S. Certified Return Receipt mail
05/12/08 Received acknowledgement of service

PRIOR EDITIONS MAY BE USED       1. CLERK OF THE COURT       FORM USM-285 (Rev. 12/15/80)

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| JOEL Y. MURANAKA | ) |
| Plaintiff | ) |
| v. | )  Civil Action No.   CV 08-00542 RS |
| UNITED STATES OF AMERICA, ET AL. | ) |
| Defendant | ) |

**Summons in a Civil Action**

To: *(Defendant's name and address)*
Robert P. Mecir
California Department of Justice
Bureau of Narcotic Enforcement
1102 Q. Street
Sacramento, CA 95814

A lawsuit has been filed against you.

Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:
Joel Y. Muranaka
Chester Circle
Palo Alto, CA 94022

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wieking
Name of clerk of court

Date: 4/18/2008

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on __5/12/08__,
by:

(1) personally delivering a copy of each to the individual at this place, _____
_____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
    who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____ ; or

(4) returning the summons unexecuted to the court clerk on _____ ; or

(5) other (specify) __Received acknowledgement of service__
_____
_____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__.

Date: __5/23/08__        _____
                          Server's signature

                         __Donald Harris Jr__
                          Printed name and title

                         UNITED STATES MARSHAL'S SERVICE
                         280 SOUTH FIRST STREET ROOM 2100
                         SAN JOSE, CA 95113
                         Server's address

