1   EDMUND G. BROWN JR.
    Attorney General of the State of California
2   PAUL T. HAMMERNESS, State Bar No. 90294
    Supervising Deputy Attorney General
3    455 Golden Gate Avenue, Suite 11000
     San Francisco, CA  94102-7004
4    Telephone:  (415) 703-5520
     Fax:  (415) 703-5480
5    Email:  Paul.Hammerness@doj.ca.gov

6   Attorneys for Defendant Special Agent Supervisor
    Robert P. Mecir

7

8                   IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                        SAN JOSE DIVISION

11

12

13  JOEL MURANAKA,                        Case No.  C 08-00542-RS

14                           Plaintiff,   NOTICE OF PENDENCY OF
                                          PRIOR ACTION OR PROCEEDING
15                  v.                    (LOCAL RULE 3-13) AND
                                          REQUEST FOR ASSIGNMENT OF
16  UNITED STATES OF AMERICA, et al.,     CASE AND

17                           Defendants.  ORDER REFERRING CASE TO
                                          JUDGE WHYTE FOR RELATED
18                                        CASE DETERMINATION

19          Defendant Robert Mecir hereby brings this Notice of Pendency of Other Action or

20  Proceeding under Local Rule 3-13.

21          This case appears to arise out of the forfeiture of funds taken from plaintiff during his

22  prosecution in *United States of America v. Joel Muranaka*, CR 98-20092-RMW; in which

23  plaintiff was convicted, and the assets which are the subject of this action were forfeited to the

24  government by the jury (see attachment).

25      Consequently, defendant Mecir respectfully requests that this action be assigned to the

26  Honorable Ronald W. Whyte for all further proceedings.

27

28

Not.of Pendency of Prior Action or Proceeding (Local Rule 3-13) & Req. for Assign. of Case          Muranaka v. USA, et al.
                                                                                                    C 08-00542-RS

1    Dated:  May 19, 2008.

2                              Respectfully submitted,

3                              EDMUND G. BROWN JR.
                              Attorney General of the State of California

4

5

6                              s/s/ Paul T. Hammerness
                              PAUL T. HAMMERNESS
7                              Supervising Deputy Attorney General

8                              Attorneys for Defendant Special Agent Supervisor Robert P.
                              Mecir

9

10    *** **ORDER** ***

11        Pursuant to Defendant Merci's Notice of Pendency of Prior Action or Proceeding

12    above, the Court refers this case to Judge Ronald M. Whyte for a related case

13    determination pursuant to Civ. L.R. 3-12(c).

14

15    Dated:  June 2, 2008                    _____

16                                           JAMES WARE
                                           United States District Judge
17

18

19

20

21

22

23

24

25

26

27

28

Not.of Pendency of Prior Action or Proceeding (Local Rule 3-13) & Req. for Assign. of Case          Muranaka v. USA, et al.
                                                                                                    C 08-00542-RS

# ATTACHMENTS

**FILED**

NOV 9 1999

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

        v.

JOEL YOSHIO MURANAKA and
ROBERT WARREN JOHNSON,

        Defendants.

NO. CR-98-20092-RMW

**SPECIAL VERDICT FORM**

    We, the Jury, return the following Special Verdict as to each defendant's interest in each of the properties alleged to be subject to forfeiture to the United States.

    A.    <u>AS TO JOEL MURANAKA</u>

        i)    the property located at Summit Road and Mt. Madonna Road, Santa Clara County, State of California, County Assessor's parcel number APN 756-07-022;

        Yes    ✓    *(to be forfeited)*

        No    _____    *(not to be forfeited)*

        ii)    $10,709 in United States currency seized from the residence of defendant Joel Yoshi Muranaka at 185 Hemlock Court, Palo Alto, California, or the portion thereof, that the government has shown constitute or was derived from proceeds obtained as a result of the drug offenses for which you found defendant guilty;

        Yes as to (specify amount) $ _8,649_ *(to be forfeited)*

        No    _____    *(not to be forfeited)*

        iii)    $205,980 in United States currency seized on May 31, 1995 from four safe

1   deposit boxes as follows: Safe Deposit Box #3201 ($88,000 in U.S. currency) located at American

2   Savings Bank, Mountain View, California; Safe Deposit Box #1526 ($46,980 in U.S. Currency) Safe

3   Deposit Box #1456 ($18,000 in U.S. currency), and Safe Deposit Box #354 ($53,000 in U.S.

4   currency), from World Savings & Loan Association, Mountain View, California, or the portion

5   thereof, that the government has shown constitute or was derived from the proceeds obtained as a

6   result of the drug offenses for which you found defendant guilty;

7            Yes as to (specify amount) $ _205,000_ *(to be forfeited)*

8            No _____ *(not to be forfeited)*

9

10   B.   <u>AS TO ROBERT JOHNSON</u>

11          i)   the property located at Summit Road and Mt. Madonna Road, Santa Clara

12   County, State of California, County Assessor's parcel number APN 756-07-022;

13            Yes _✓_ *(to be forfeited)*

14            No _____ *(not to be forfeited)*

15          ii)   a 1989 black Toyota pick-up truck, California license plate 3XA8866, Vehicle

16   Identification Number JT4RN81P2K0033054, registered to Mr. Johnson.

17            Yes _✓_ *(to be forfeited)*

18            No _____ *(not to be forfeited)*

19

20   DATED: _Nov 2, 1999_

21

22                     _Marylee Timpson_

                  FOREPERSON

23

24

25

26

27

28

2

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:    **MURANAKA, Joel v. USA, et al.**

No.:    **C 08-00542-RS**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made.  I am 18 years of age or older and not a party to this matter.  I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service.  In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On <u>May 19, 2008</u>, I served the attached **NOTICE OF PENDENCY OF PRIOR ACTION OR PROCEEDING (LOCAL RULE 3-13) AND REQUEST FOR ASSIGNMENT OF CASE** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA  94102-7004, addressed as follows:


Joel Y. Muranaka
Chester Circle
Palo Alto, CA  94022

Joel Y. Muranaka
185 Hemlock Court
Palo Alto, CA  94306



I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on May 19, 2008, at San Francisco, California.


Rosalinda E. Asuncion                          s/s/Rosalinda E. Asuncion
Declarant                                              Signature

40255175.wpd