IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL MURANAKA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>U.S.A., et al.,<br><br>　　　　　Defendant. | ***E-FILED - 6/12/08*** <br><br>CASE NO.: C-08-00542-RMW<br>*(Case Related to CR-98-20092-RMW)*<br><br>**CLERK'S NOTICE OF SETTING CASE MANAGEMENT CONFERENCE** |

　　PLEASE TAKE NOTICE that a Case Management Conference has been scheduled for **August 8, 2008 @ 10:30 a.m.**, before the Honorable Judge Ronald M. Whyte. Parties are to appear in courtroom #6, 4th floor of the U.S. Courthouse, 280 South First Street, San Jose, California. Parties are required to file a Joint Case Management Statement by August 1, 2008.

　　If the above-entitled matter settles counsel are required to notify the Court by contacting the Courtroom Deputy at (408) 535-5375, so as to take this matter off calendar.

DATED: June 12, 2008

　　　　　　　　　　　　　　　　　BY: _/s/ Jackie Garcia_
　　　　　　　　　　　　　　　　　　　JACKIE GARCIA
　　　　　　　　　　　　　　　　　　　Courtroom Deputy for
　　　　　　　　　　　　　　　　　　　Honorable Ronald M. Whyte

1
2  Copy of Order E-Filed to Counsel of Record:
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28