IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOEL Y. MURANAKA,

    Plaintiff,

    v.

U.S.A., et al.,

    Defendant.

*E-FILED - 6/12/08*

CASE NO.: C-08-00542-RMW
*(Related to CR-98-20092-RMW)*

**CLERK'S NOTICE OF CONTINUANCE OF CASE MANAGEMENT CONFERENCE**

PLEASE TAKE NOTICE that the Case Management Conference in the above-entitled matter which was previously set for August 8, 2008, has been continued to **September 19, 2008 @ 10:30 a.m.**, before the Honorable Judge Ronald M. Whyte. Parties are to appear in courtroom #6, 4th floor of the U.S. Courthouse, 280 South First Street, San Jose, California. Parties are required to file a Joint Case Management Statement by September 12, 2008.

If the above-entitled matter settles counsel are required to notify the Court by contacting the Courtroom Deputy at (408) 535-5375, so as to take this matter off calendar.

DATED: June 12, 2008

_____
JACKIE GARCIA
Courtroom Deputy for
Honorable Ronald M. Whyte

1
2  Copy of Order E-Filed to Counsel of Record:
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28