# CERTIFICATE OF SERVICE         FILED

2008 JUN 20  P 2: 53

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

Case Name: <u>Joel Y. Muranaka v. United States of America, et al.</u>

Case No.   <u>C 08-00542RMW</u>

I certify that a copy of the <u>Plaintiff's Opposition to Defendant's request for dismissal</u> and any attachments was served either by person or by mail on the persons listed below.

_____
Signature.

| Name: | Address: | Date Served: |
|---|---|---|
| United States of America | United States Attorney's Office<br>Civil Process Clerk<br>450 Golden Gate Avenue<br>San Francisco, ca. 94102 | June, 20, 2008 |