# CERTIFICATE OF SERVICE FILED

2008 JUN 20 P 2: 53

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

Case Name: <u>Joel Y. Muranaka v. United States of America</u>

Case No.   <u>C 08-00542RMW</u>

I certify that a copy of the *Plaintiff's Opposition to Defendant's request for dismissal*

and any attachments was served either by person or by mail on the persons listed below.

_____
Signature.

| Name: | Address: | Date Served: |
|---|---|---|
| Alfredo Cardwood | SA California Department of Justice<br>Bureau of Narcotic Enforcement<br>1102 Q Street<br>Sacramento, Ca. 95841 | June, 20, 2008 |