# CERTIFICATE OF SERVICE

**FILED**

2008 JUN 20 P 2: 53

RICHARD W. WIEKING
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

Case Name: <u>Joel Y. Muranaka v. United States of America, et al.</u>

Case No.   <u>C 08-00542RMW</u>

I certify that a copy of the _Plaintiff's Opposition to Defendant's request for dismissal_

and any attachments was served either by person or by mail on the persons listed below.

_[signature]_
Signature.

| Name: | Address: | Date Served: |
|---|---|---|
| Brian Casey | SA Drug Enforcement Administration<br>P.O.B. 36035<br>450 Golden Gate Avenue<br>San Francisco, Ca. 94102 | June, 20, 2008 |