## CERTIFICATE OF SERVICE

FILED
2008 JUN 20 P 2:53
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

Case Name: <u>Joel Y. Muranaka v. United States of America.</u>

Case No.   <u>C 08-00542RMW</u>

I certify that a copy of the <u>Plaintiff's Opposition to Defendant's request for dismissal.</u>

and any attachments was served either by person or by mail on the persons listed below.

*Signature.*

| Name: | Address: | Date Served: |
|---|---|---|
| Thomas Fox | Special Agent Internal Revenue Service<br>Criminal Division<br>Fresno, Ca. 93888 | June, 20, 2008 |