# CERTIFICATE OF SERVICE

**FILED**

2008 JUN 20 P 2: 53

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

Case Name: <u>Joel Y. Muranaka v. United States of America, et al.</u>

Case No.   <u>C 08-00542RMW</u>

I certify that a copy of the <u>Plaintiff's Opposition to Defendants' request for dismissal.</u>
and any attachments was served either by person or by mail on the persons listed below.

_____
Signature.

| Name: | Address: | Date Served: |
|---|---|---|
| Michael Mukasey | United States Department of Justice<br>950 Pennsylvania, NW<br>Washington, D.C. 20530-001 | June, 20 2008 |
| Attorney General | United States Department of Justice<br>10th and Pennsylvania Ave. N.W.<br>Washington, D.C. 20530 | June, 20 2008 |