# CERTIFICATE OF SERVICE

**FILED**

2008 JUN 20 P 2: 53

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

Case Name: <u>Joel Y. Muranaka v. United States of America, et als.</u>

Case No.    <u>C 08-00542RMW</u>

I certify that a copy of the <u>Plaintiff's Opposition to Defendant's request for dismissal</u>

and any attachments was served either by person or by mail on the persons listed below.

_____
Signature.

| Name: | Address: | Date Served: |
|---|---|---|
| Robert Mueller | Director, F.B.I.<br>935 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20530 | June, 20, 2008 |