Joel Y. Muranaka
185 Hemlock Court
Palo Alto, California, 94306
Ph. # 650-493-0862

RECEIVED
2008 JUN 20 PM 2: 52
RICHARD W. WIEKING
CLERK
U.S. DSTRICT COURT
NO. DIST. OF CA. S.J.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| Joel Y. Muranaka<br>Plaintiff<br>v.<br>Scott Becker et al<br>Defendant | Case No. C 08-00542RMW<br><br>Plaintiff's Opposition to<br>[Proposed] order to dismiss. |

**A. Plaintiff's memorandum to Scott Becker stating the (1) Names and entities, (2) Wrongful action claimed, and (3) The Date and place where the negligent and wrongful actions occurred.**

(1) ScottBecker
   Thomas Fox
   Brian Casey
   Alfredo Cardwood
   Bruce Balzano
   Robert Mecir
   And The United States of America

---

[1] Plaintiff's opposition to S. Becker's Motion to Dismiss.      Case No. C 08-00542RMW      1

This is not an exclusive list as others may be added as a result of discovery, and other disclosures.

(2) Unlawful taking of property; I.E. monies, from Mr. Muranaka while exceeding the scope of a search warrant in its execution. (See e.g. U.S. v. Gagon, 635 F.2d 766 (10th Cir. 1980) for reference.

(3) The date of this action occurred on May 31, 1995 at 185 Hemlock Court in Palo Alto, California.

## CONCLUSION

Defendant Scott Becker's motion (Proposed Order) should be denied as premature and without cause.

Dated June 20, 2008

Respectfully submitted,

Joel Y. Muranaka

*[signature]*

---

[1] Plaintiff's opposition to S. Becker's Motion to dismiss.

Case No. C 08-00542RMW

2