# CERTIFICATE OF SERVICE

**FILED**

Case Name: _Joel Muranaka v. United States of America, et al.,_

2008 JUN 20 P 4:52

Case No.: _C-08-00542-RMW_

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

IMPORTANT: You must send a copy of ALL documents filed with the court and any attachments to counsel for ALL parties in this case. You must also file a certificate of service with this court telling us that you have done so. You may use this certificate of service as a master copy, and fill in the title of the document you are filing. Please list below the names and addresses of the parties who were sent a copy of your document and the dates on which they were served. Be sure to sign the statement below. You must attach a copy of the certificate of service to each of the copies and the copy you file with the court.

I certify that a copy of the _Plaintiff's Opposition to Proposed order to dismiss_
(Name of document you are filing (i.e., opening brief, motion, etc.)

and any attachments was served, either in person or by mail, on the persons listed below.

_[Signature]_
**Signature**
Notary NOT required

| Name | Address | Date Served |
|---|---|---|
| Robert Mueller | Director, F.B.I. 935 Pennsylvania Ave., N.W. Washington, D.C. 20530 | June 20, 2008 |

11