Gregory M. Fox, SBN 070876
Michael C. Wenzel, SBN 215388
The Waterfront Building
Bertrand, Fox & Elliot
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile: (415) 353-0990

Attorneys for Defendant Alfredo Cardwood

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL MURANAKA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>　　　　Defendants. | Case No. C 08-00542-RMW<br><br>NOTICE OF JOINDER AND JOINDER IN DEFENDANT ROBERT MERCIR'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED [FRCP RULE 12(b)(6)] |

　　　　Defendant ALFREDO CARDWOOD (hereinafter "CARDWOOD"), Special Agent, California Department of Justice, Bureau of Narcotics Enforcement, hereby joins in State Defendant Supervising Special Agent ROBERT MECIR's (hereinafter "MECIR") Motion to Dismiss and Request for Judicial Notice previously filed with this Court and originally scheduled for hearing on September 15, 2008 before the Honorable James Ware. The hearing date on MECIR's Motion to Dismiss was subsequently continued by the Court to September 19, 2008, and the Motion to Dismiss has been reassigned to the Honorable Ronald M. Whyte, Courtroom #6, 4th Floor of the U.S. Courthouse, located at 280 South First Street, San Jose, California.

　　　　The claims against CARDWOOD, a Special Agent with the California Bureau of Narcotics Enforcement, are the same as those against MECIR, Supervising Special Agent of the

California Bureau of Narcotics Enforcement, and the complaint fails to state facts sufficient to state a claim upon which relief can be granted against CARDWOOD to the same extent the complaint fails to state a claim against MECIR.

The issues raised by MECIR's Motion to Dismiss apply equally to CARDWOOD, and CARDWOOD therefore joins in co-defendant MECIR's Motion to Dismiss, and co-defendant MECIR's Motion to Dismiss, Request for Judicial Notice and supporting documents are incorporated herein by reference.

Dated: July 11, 2008

BERTRAND, FOX & ELLIOT

By: /s/ Gregory M. Fox

Gregory M. Fox
Michael C. Wenzel
Attorneys for Defendant Alfredo Cardwood

**PROOF OF SERVICE**

I, Katherine Adams, declare that:

1. I am employed in the County of San Francisco, California; I am over the age of eighteen years and not a party to the within cause; and my business address is 2749 Hyde Street, San Francisco, California 94109.

2. I am readily familiar with the practice of Bertrand, Fox & Elliot for the processing of correspondence, said practice being that in the ordinary course of business, correspondence is deposited in the United States Postal Service the same day as it is placed for processing.

3. On **July 11, 2008**, I served the following document in said cause,

(1) NOTICE OF JOINDER AND JOINDER IN DEFENDANT ROBERT MERCIR'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED [FRCP RULE 12(b)(6)]; (2) PROPOSED ORDER OF DISMISSAL ON JOINDER OF DEFENDANT ALFREDO CARDWOOD IN ROBERT MERCIR'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED 9FRCP RULE 12(b)(6)

on the following interested parties:

Joel Y. Muranaka
185 Hemlock Court
Palo Alto, CA 94306

4. Said service was performed in the following manner:

☐ **BY U.S. POSTAL SERVICE (Mail):** I placed each such document in a sealed envelope addressed at noted above, with first-class mail postage thereon fully prepaid, for collection and mailing at San Francisco, California, following the above-stated business practice, on this date.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed **July 11, 2008**, at San Francisco, California.

_____
Katherine Adams

Proof of Service