Gregory M. Fox, SBN 070876
Michael C. Wenzel, SBN 215388
The Waterfront Building
Bertrand, Fox & Elliot
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile: (415) 353-0990
Attorneys for Defendant Alfredo Cardwood

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL MURANAKA,<br><br>  Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>  Defendants. | Case No. C 08-00542-RMW<br><br>[PROPOSED] ORDER OF DISMISSAL ON JOINDER OF DEFENDANT ALFREDO CARDWOOD IN ROBERT MECIR'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED [FRCP RULE 12(b)(6)] |

Defendant ROBERT MECIR's Motion to Dismiss plaintiff's complaint came on for hearing on September 19, 2008, at 9:00 a.m., before the Honorable Ronald M. Whyte. Defendant ALFREDO CARDWOOD filed a Notice of Joinder and Joinder in the Motion to Dismiss.

The Court, having considered all the papers and pleadings on file herein and the oral argument of counsel, HEREBY ORDERS THAT:

Defendants ROBERT MECIR'S Motion to Dismiss plaintiff's complaint pursuant to Federal Rules of Civil Procedure, Rule 12(b)(6) is GRANTED, and plaintiff's complaint as to defendant MECIR is dismissed with prejudice.

Pursuant to the Notice of Joinder and Joinder filed by defendant ALFREDO

1 | CARDWOOD, plaintiff's complaint as to defendant CARDWOOD is dismissed with prejudice.
2 |     IT IS SO ORDERED

Dated: _____    _____
　　　　　　　　　　　　　　　　　　Honorable Ronald M. Whyte
　　　　　　　　　　　　　　　　　　Judge, United States District Court

**PROOF OF SERVICE**

I, Katherine Adams, declare that:

1. I am employed in the County of San Francisco, California; I am over the age of eighteen years and not a party to the within cause; and my business address is 2749 Hyde Street, San Francisco, California 94109.

2. I am readily familiar with the practice of Bertrand, Fox & Elliot for the processing of correspondence, said practice being that in the ordinary course of business, correspondence is deposited in the United States Postal Service the same day as it is placed for processing.

3. On **July 11, 2008**, I served the following document in said cause,

(1) NOTICE OF JOINDER AND JOINDER IN DEFENDANT ROBERT MERCIR'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED [FRCP RULE 12(b)(6)]; (2) PROPOSED ORDER OF DISMISSAL ON JOINDER OF DEFENDANT ALFREDO CARDWOOD IN ROBERT MERCIR'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED 9FRCP RULE 12(b)(6)

on the following interested parties:

Joel Y. Muranaka
185 Hemlock Court
Palo Alto, CA 94306

4. Said service was performed in the following manner:

☐ **BY U.S. POSTAL SERVICE (Mail):** I placed each such document in a sealed envelope addressed at noted above, with first-class mail postage thereon fully prepaid, for collection and mailing at San Francisco, California, following the above-stated business practice, on this date.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed **July 11, 2008**, at San Francisco, California.

_____
Katherine Adams

Proof of Service