1  Vincent P. Hurley #111215
   Douglas F. Young #84531
2  LAW OFFICES OF VINCENT P. HURLEY
   A Professional Corporation
3  38 Seascape Village
   Aptos, California 95003
4  Telephone: (831) 661-4800
   Facsimile: (831) 661-4804
5
   Attorneys for Defendant
6  SCOTT BECKER, Deputy Sheriff, San Benito County

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                         SAN JOSE DIVISION

11
                                                  )   Case No. C 08-00542 RMW
12  JOEL Y. MURANAKA,                             )
                                                  )   NOTICE OF JOINDER IN
13                  Plaintiff,                    )   DEFENDANT ROBERT MECIR'S
                                                  )   MOTION TO DISMISS FOR FAILURE
14          vs.                                   )   TO STATE A CLAIM UPON WHICH
                                                  )   RELIEF CAN BE GRANTED
15  UNITES STATES OF AMERICA;                     )   [Fed. R. Civ. Proc. Rule 12(b)]
    MICHAEL MUKASEY; THOMAS FOX, SA               )
16  IRS; BRIAN CASEY, SA DEA; ALFREDO             )   Date: September 19, 2008
    CARDWOOD, SA CDOJ; SCOTT BECKER,              )   Time: 9:00 a.m.
17  Deputy Sheriff, San Benito Co.; BRUCE         )   Courtroom 6, 4th Floor
    BALZANO, SA DEA; ROBERT MUELLER,              )
18  United States Attorney,                       )
                                                  )
19                  Defendants.                   )
                                                  )
20

21          Defendant SCOTT BECKER (hereinafter Becker) presently a Deputy Sheriff for the

22  County of San Benito, but at all times mentioned in Plaintiff's complaint a police officer for the

23  City of Hollister, hereby joins in State Defendant Supervising Special Agent Robert Mecir's

24  (hereinafter Mecir) motion to dismiss and request for judicial notice previously filed with this

25  Court and originally scheduled for hearing on September 15, 2008 before the Honorable James

26  Ware. The hearing date on Mecir's motion to dismiss was subsequently continued by the Court

27  to September 19, 2008, and the motion to dismiss has been reassigned to the Honorable Ronald

28  M. Whyte, Courtroom 6, 4th floor of the US Courthouse, 280 South First Street, San Jose, CA.

1  The claims against Becker, at the time alleged in the complaint, a police officer with the
2 City of Hollister, are the same as against Mecir, a Supervising Special Agent of the California
3 Bureau of Narcotics Enforcement and the complaint fails to state facts sufficient to state a claim
4 upon which relief can be granted against Becker to the same extent the complaint fails to state a
5 claim against Mercir.

6  The issues raised by Mecir's motion to dismiss apply equally to Becker, and Becker
7 therefore joins in Co-Defendant Mecir's motion to dismiss.  Co-Defendant Mecir's motion to
8 dismiss, request for judicial notice, and supporting documents therefore are incorporated herein
9 by reference.

10 Dated:  July 21, 2008

LAW OFFICES OF VINCENT P. HURLEY
A Professional Corporation

By:    /s/ Douglas F. Young
DOUGLAS F. YOUNG
Attorneys for Defendant SCOTT BECKER