1 | Vincent P. Hurley #111215
2 | Douglas F. Young #84531
  | LAW OFFICES OF VINCENT P. HURLEY
3 | A Professional Corporation
  | 38 Seascape Village
4 | Aptos, California 95003
  | Telephone: (831) 661-4800
5 | Facsimile: (831) 661-4804

6 | Attorneys for Defendant
  | SCOTT BECKER

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| JOEL Y. MURANAKA, | Case No. C 08-00542 RMW |
| Plaintiff, | [PROPOSED] ORDER OF DISMISSAL ON MOTION BY DEFENDANT SCOTT BECKER FOR JOINDER IN ROBERT MECIR'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED |
| vs. | |
| UNITES STATES OF AMERICA; MICHAEL MUKASEY; THOMAS FOX, SA IRS; BRIAN CASEY, SA DEA; ALFREDO CARDWOOD, SA CDOJ; SCOTT BECKER, Deputy Sheriff, San Benito Co.; BRUCE BALZANO, SA DEA; ROBERT MUELLER, United States Attorney, | [Fed. R. Civ. Proc. Rule 12(b)(6)] |
| | Date: September 19, 2008 |
| | Time: 9:00 a.m. |
| | Courtroom 6, 4th Floor |
| Defendants. | |

Defendant Robert Mecir's motion to dismiss Plaintiff's complaint came on for hearing on September 19, 2008, at 9:00 a.m., before the Honorable Ronald M. Whyte. Defendant Scott Becker filed a notice of joinder and joinder in the motion to dismiss.

The Court having considered all of the papers and pleadings on file herein and the oral argument of counsel, and good cause appearing therefore, HEREBY ORDERS AS FOLLOWS:

1  Pursuant to the notice of joinder and joinder filed by Defendant Scott Becker in the
2  motion of Defendant Robert Mecir, said motion having been granted, Plaintiff's complaint as to
3  Defendant Becker in hereby also dismissed with prejudice.
4  IT IS SO ORDERED.
5  Dated: _____

8  RONALD M. WHYTE
   Judge of the United States District Court