1  Vincent P. Hurley #111215
   Douglas F. Young #84531
2  LAW OFFICES OF VINCENT P. HURLEY
   A Professional Corporation
3  38 Seascape Village
   Aptos, California 95003
4  Telephone: (831) 661-4800
   Facsimile: (831) 661-4804
5
   Attorneys for Defendant
6  SCOTT BECKER, Deputy Sheriff, San Benito County

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                         SAN JOSE DIVISION

11

12  JOEL Y. MURANAKA,                         ) Case No. C 08-00542 RMW
                                              )
13             Plaintiff,                     ) PROOF OF SERVICE
                                              )
14      vs.                                   )
                                              )
15  UNITES STATES OF AMERICA;                 )
    MICHAEL MUKASEY; THOMAS FOX, SA           )
16  IRS; BRIAN CASEY, SA DEA; ALFREDO         )
    CARDWOOD, SA CDOJ; SCOTT BECKER,          )
17  Deputy Sheriff, San Benito Co.; BRUCE     )
    BALZANO, SA DEA; ROBERT MUELLER,          )
18  United States Attorney,                   )
                                              )
19             Defendants.                    )
                                              )

20

1       I, Gina Forese, declare as follows: I am employed in the County of Santa Cruz, State of California. I am over the age of eighteen years and not a party to the within action. My business address is 38 Seascape Village, Aptos, California 95003.

     On July 21, 2008, I served the following document:

- NOTICE OF JOINDER IN DEFENDANT ROBERT MECIR'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED

- [PROPOSED] ORDER OF DISMISSAL ON MOTION BY DEFENDANT SCOTT BECKER FOR JOINDER IN ROBERT MECIR'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED

**on the interested parties to said action by the following means:**

__X__ **(BY MAIL)** By placing a true copy of the above-referenced document(s) enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at Aptos, California, addressed as shown below.

_____ **(BY HAND-DELIVERY)** By delivering a true copy thereof, enclosed in a sealed envelope, to the address(es) shown below.

_____ **(BY OVERNIGHT DELIVERY)** By placing a true copy thereof, enclosed in a sealed envelope, with delivery charges to be billed to the Law Offices of Vincent P. Hurley, to be delivered by Federal Express, to the address(es) shown below.

_____ **(BY FACSIMILE TRANSMISSION)** By transmitting a true copy thereof by facsimile transmission from facsimile number (831) 661-4804 to the interested parties to said action at the facsimile number(s) shown below.

     I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

     Executed on July 21, 2008, at Aptos, California.

                                   Gina Forese

NAMES(S) AND ADDRESS OR FAX NUMBER(S) OF EACH PARTY SERVED:

Joel Y. Muranaka
185 Hemlock Court
Palo Alto, CA 94306