# CERTIFICATE OF SERVICE    FILED

2008 AUG -4  A 10 34

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

Clerk

Case Name:  Joel Y. Muranaka v. United States of America et al.

Case No.    C 08-00542RMW

*Plaintiff's Memorandum to Federal Defendant's Motion and Motion to Dismiss.*
&
I certify that a copy of the *Plaintiff's Objection Re: Fed. R. Civ. Proc. 12b "Failure to State a Claim".*
and any attachments was served either by person or by mail on the persons listed below.

_____
Signature.

| Name: | Address: | Date Served: |
|---|---|---|
| Brian Casey | SA Drug Enforcement Administration<br>P.O.B. 36035<br>450 Golden Gate Avenue<br>San Francisco, Ca. 94102 | August, 4 2008 |