Vincent P. Hurley #111215
Susan M. Hunt-McArthur #235825
LAW OFFICES OF VINCENT P. HURLEY
A Professional Corporation
38 Seascape Village
Aptos, California 95003
Telephone: (831) 661-4800
Facsimile: (831) 661-4804

Attorneys for Defendant
SCOTT BECKER, Deputy Sheriff, San Benito County

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOEL Y. MURANAKA,<br><br>    Plaintiff,<br><br>vs.<br><br>UNITES STATES OF AMERICA;<br>MICHAEL MUKASEY; THOMAS FOX, SA<br>IRS; BRIAN CASEY, SA DEA; ALFREDO<br>CARDWOOD, SA CDOJ; SCOTT BECKER,<br>Deputy Sheriff, San Benito Co.; BRUCE<br>BALZANO, SA DEA; ROBERT MUELLER,<br>United States Attorney,<br><br>    Defendants. | Case No. C 08-00542 RMW<br><br>NOTICE OF CHANGE OF COUNSEL |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that attorney Douglas F. Young is no longer associated with the Law Offices of Vincent P. Hurley. Attorney Susan M. Hunt-McArthur of the Law Offices of Vincent P. Hurley hereby substitutes in as counsel of record.

Dated: August 13, 2008

LAW OFFICES OF VINCENT P. HURLEY
A Professional Corporation

By: *Susan M. Hunt-McArthur*
SUSAN M. HUNT-McARTHUR
Attorneys for Defendant SCOTT BECKER