1  Vincent P. Hurley #111215
   Susan M. Hunt-McArthur #235825
2  LAW OFFICES OF VINCENT P. HURLEY
   A Professional Corporation
3  38 Seascape Village
   Aptos, California 95003
4  Telephone: (831) 661-4800
   Facsimile: (831) 661-4804
5
   Attorneys for Defendant
6  SCOTT BECKER, Deputy Sheriff, San Benito County

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                         SAN JOSE DIVISION

11
                                              )   Case No. C 08-00542 RMW
12  JOEL Y. MURANAKA,                         )
                                              )   PROOF OF SERVICE
13                 Plaintiff,                 )
                                              )
14       vs.                                  )
                                              )
15  UNITES STATES OF AMERICA;                 )
    MICHAEL MUKASEY; THOMAS FOX, SA )
16  IRS; BRIAN CASEY, SA DEA; ALFREDO         )
    CARDWOOD, SA CDOJ; SCOTT BECKER,)
17  Deputy Sheriff, San Benito Co.; BRUCE     )
    BALZANO, SA DEA; ROBERT MUELLER, )
18  United States Attorney,                   )
                                              )
19                 Defendants.                )
                                              )
20

21

22

23

24

25

26

27

28

                                      1

1  I, Gina Forese, declare as follows: I am employed in the County of Santa Cruz, State of
2  California. I am over the age of eighteen years and not a party to the within action. My business
3  address is 38 Seascape Village, Aptos, California 95003.
4  On August 13, 2008, I served the following document:
5  • NOTICE OF CHANGE OF COUNSEL

**on the interested parties to said action by the following means:**

**X  (BY MAIL)** By placing a true copy of the above-referenced document(s) enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at Aptos, California, addressed as shown below.

___ **(BY HAND-DELIVERY)** By delivering a true copy thereof, enclosed in a sealed envelope, to the address(es) shown below.

___ **(BY OVERNIGHT DELIVERY)** By placing a true copy thereof, enclosed in a sealed envelope, with delivery charges to be billed to the Law Offices of Vincent P. Hurley, to be delivered by Federal Express, to the address(es) shown below.

___ **(BY FACSIMILE TRANSMISSION)** By transmitting a true copy thereof by facsimile transmission from facsimile number (831) 661-4804 to the interested parties to said action at the facsimile number(s) shown below.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on August 13, 2008, at Aptos, California.

_____
Gina Forese

NAMES(S) AND ADDRESS OR FAX NUMBER(S) OF EACH PARTY SERVED:

Joel Y. Muranaka
185 Hemlock Court
Palo Alto, CA 94306