```
 1  EDMUND G. BROWN JR.
    Attorney General of the State of California
 2  PAUL T. HAMMERNESS, State Bar No. 90294
    Supervising Deputy Attorney General
 3   455 Golden Gate Avenue, Suite 11000
     San Francisco, CA  94102-7004
 4   Telephone:  (415) 703-5520
     Fax:  (415) 703-5480
 5   Email:  Paul.Hammerness@doj.ca.gov

 6  Attorneys for Defendant Supervising Special Agent
    Robert P. Mecir
 7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOEL MURANAKA,<br><br>                                    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>                                    Defendants. | Case No.  C 08-00542-JW<br><br>**STATE DEFENDANT'S CASE MANAGEMENT CONFERENCE STATEMENT**<br><br>CMC Date:  September 19, 2008<br>Time:  10:30 a.m.<br>Courtroom:  (4th Flr., San Jose)<br>Judge:  Honorable Ronald M. Whyte |

COMES NOW State defendant Mecir submits the following case management conference statement. Given plaintiff's pro per status, and the inherent difficulty of communication, defendants claim a separate statement is justified. Local Rule 16-9(a).

**a.     Description of the Case.**

This is an action for "return of monies" brought by plaintiff in pro per Muranaka against the United States and a number of law enforcement officials, including State Defendant Robert Mecir, a Supervising Special Agent with the California Bureau of Narcotics Enforcement. (Cmplt., p. 4). Apparently predicating federal jurisdiction against Agent Mecir under 42 U.S.C. § 1983, he concludes that identified funds were "unlawfully" taken from him during the course of

State Deft's Case Management Conference Statement                    Joel Muranaka v. USA, et al.
                                                                                                                           C 08-00542-JW

1

his criminal prosecution and conviction in this Court in the 1990's (Attachment "D" to Complt.). Those proceedings also resulted in the forfeiture of the identified funds to the United States, in adversary proceedings tried to a jury. (See Ex. "D" to State Deft's RJN in Support of MTD, Jury Verdict of Forfeiture).

As set out in all the defendants' pending motions, scheduled to be heard prior to the Case Management Conference in this case, this action appears to be frivolous, and apparently is asserted against BNE Supervising Special Agent Mecir for his unspecified conduct during the investigation which resulted in plaintiff's conviction for drug sales and money laundering. There is no allegation that plaintiff's conviction or the forfeiture of his property has been overturned on appeal. No allegation could be made by plaintiff. Any claim against Supervising Special Agent Mecir for investigating plaintiff or seizing the funds - if he had any role therein - are barred by *Heck v. Humphrey*, 512 U.S. 477 (1994); by collateral estoppel; by the statute of limitations; by qualified immunity, and because of the absence of any causal link to the alleged deprivation.

    b.   **Procedural Status.**

All defendants appear to be served, and the case appears to be ready for summary disposition.

    c.   **Further Proceedings.**

The complaint is infirm for a number of reasons, as summarized above. Defendants have filed a dispositive motion raising these defects.

Pending disposition of the upcoming motion, defendant requests that all discovery be stayed. Immunity is raised by the motion to dismiss, a stay of discovery is warranted. *Mitchell v.*

///
///
///
///
///
///
///

State Deft's Case Management Conference Statement     Joel Muranaka v. USA, et al.
C 08-00542-JW

2

*Forsyth*, 472 U.S. 511, 525-26 (1985); *Miller v. Gammie*, 292 F.3d 982, 987 (9th Cir. 2002) (no discovery to be allowed pending determination of threshold immunity issues).

Dated: September 4, 2008.

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

s/s Paul T. Hammerness
PAUL T. HAMMERNESS
Supervising Deputy Attorney General

Attorneys for Defendant Supervising Special Agent Robert P. Mecir

State Deft's Case Management Conference Statement

Joel Muranaka v. USA, et al.
C 08-00542-JW

3

# DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **Joel Muranaka v. USA, et al.**

No.:   **C 08-00542-RMW**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On <u>September 5, 2008</u>, I served the attached **STATE DEFENDANT'S CASE MANAGEMENT CONFERENCE STATEMENT** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

Joel Y. Muranaka
185 Hemlock Court
Palo Alto, CA  94306

U.S. Attorney's Office
150 Almaden Blvd., Ste. 900
San Jose, CA  95113

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on September 5, 2008, at San Francisco, California.

|  Jacinto P. Fernandez, Jr.  | s/s  Jacinto P. Fernandez, Jr. |
|:---:|:---:|
| Declarant | Signature |

20140182.wpd
SF2008401692