1  Vincent P. Hurley #111215
   Susan M. Hunt-McArthur #235825
2  LAW OFFICES OF VINCENT P. HURLEY
   A Professional Corporation
3  38 Seascape Village
   Aptos, California 95003
4  Telephone: (831) 661-4800
   Facsimile: (831) 661-4804
5
   Attorneys for Defendant
6  SCOTT BECKER, Deputy Sheriff, San Benito County

7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                      SAN JOSE DIVISION

11
                                            )   Case No. C 08-00542 RMW
12  JOEL Y. MURANAKA,                       )
                                            )   DEFENDANT SCOTT BECKER'S
13              Plaintiff,                  )   CASE MANAGEMENT STATEMENT
                                            )
14       vs.                                )   Date: September 19, 2008
                                            )   Time: 10:30 a.m.
15  UNITED STATES OF AMERICA;               )   Courtroom 6, 4th Floor
    MICHAEL MUKASEY; THOMAS FOX, SA )       The Honorable Ronald. M. Whyte
16  IRS; BRIAN CASEY, SA DEA; ALFREDO       )
    CARDWOOD, SA CDOJ; SCOTT BECKER, )
17  Deputy Sheriff, San Benito Co.; BRUCE   )
    BALZANO, SA DEA; ROBERT MUELLER, )
18  United States Attorney,                 )
                                            )
19              Defendants.                 )
                                            )
20

21       Defendant SCOTT BECKER submits the following case management conference

22  statement. Pursuant to Civil Local Rule 16-9, a separate case management statement is being

23  filed.

24       **1.     Description of the Case**

25       This is an action for the return of money, brought by Plaintiff *in pro per* Muranaka

26  against the United States and various law enforcement officials, including Scott Becker, Deputy

27  Sheriff, San Benito County. Plaintiff alleges the money was wrongfully taken from him during

28  forfeiture proceedings in association with his criminal prosecution and conviction in this Court in

                                        1

the 1990's. Defendant Scott Becker contends that Plaintiff's action is barred by the statute of limitations, by *Heck v. Humphrey*, 512 U.S. 477 (1994), collateral estoppel, qualified immunity, and an absence of a causal link to the alleged deprivation.

### 2. Jurisdiction and Service

All parties appear to have been served. Defendant Scott Becker is not aware of any issues regarding jurisdiction.

### 3. Facts

In the late 1990s, Muranaka was convicted of manufacturing and possessing with the intent to distribute marijuana and for money laundering. In association with the conviction, criminal forfeiture proceedings were brought against Muranaka. Muranaka's criminal conviction and the criminal forfeiture proceedings remain valid.

### 4. Legal Issues

The current disputed legal issues include whether Plaintiff's action is barred by the statute of limitations, by *Heck v. Humphrey*, 512 U.S. 477 (1994), by collateral estoppel, and whether qualified immunity is applicable.

### 5. Motions

Three motions to dismiss are pending before this Court. State Defendant, Supervising Special Agent Robert. P. Mecir filed a motion to dismiss on May 22, 2008. Defendant Scott Becker filed a motion to dismiss on May 29, 2008, and on July 21, 2008 also joined State Defendant Robert P. Mecir's motion to dismiss. On July 9, 2008, the United States also filed a motion to dismiss. The motions to dismiss will be heard on September 19, 2008, at 9:00 a.m., prior to the case management conference.

### 6. Amendment of Pleadings

None anticipated.

### 7. Evidence Preservation

Not applicable.

**8.     Disclosures**

Because of the pending motions to dismiss, Defendant Scott Becker has not made initial disclosures.

**9.     Discovery**

No discovery has been exchanged to date.  Defendant Scott Becker requests that all discovery be stayed until disposition of motions to dismiss.  A proposed discovery plan has not been developed at this point in the litigation.

**10.    Class Actions**

Not applicable.

**11.    Related Cases**

None known.

**12.    Relief**

Plaintiff seeks the return of the following:  $88,000 allegedly taken from American Savings; $46,980 allegedly taken from World Savings and Loan; $48,000 allegedly taken from World Savings and Loan; $53,000 allegedly taken from World Savings and Loan; $2,660 allegedly taken from 185 Hemlock; and $8,049 allegedly taken from 185 Hemlock.  Plaintiff also seeks unspecified interest and damages, and unspecified other relief as appropriate by the Court. Defendant Scott Becker seeks a dismissal without leave to amend.

**13.    Settlement and ADR**

Because of the pending motions to dismiss, there has been no ADR efforts to date or specific ADR plans.

**14.    Consent to a Magistrate Judge for All Purposes**

Defendant Scott Becker does not consent to have a Magistrate Judge conduct all further proceedings.

**15.    Other References**

Not applicable.

**16.    Narrowing of Issues**

Not applicable at this time.

1  **17.**  **Expedited Schedule**

2  Not applicable.

3  **18.**  **Scheduling**

4  Other than the hearing of the pending motions to dismiss, a proposed plan for scheduling,

5  has not been developed at this point in time.

6  **19.**  **Trial**

7  Plaintiff has demanded a jury trial.

8  **20.**  **Disclosure of Non-Party Interested Entitles or Persons**

9  Not applicable.

10  **21.**  **Other Matters**

11  Not applicable.

12  Dated:  September 10, 2008

                                      LAW OFFICES OF VINCENT P. HURLEY
                                      A Professional Corporation


                                      By:     /s/ Susan M. Hunt-McArthur
                                              SUSAN M. HUNT-McARTHUR
                                      Attorneys for Defendant SCOTT BECKER