1  Vincent P. Hurley #111215
   Susan M. Hunt-McArthur #235825
2  LAW OFFICES OF VINCENT P. HURLEY
   A Professional Corporation
3  38 Seascape Village
   Aptos, California 95003
4  Telephone: (831) 661-4800
   Facsimile: (831) 661-4804
5
   Attorneys for Defendant
6  SCOTT BECKER, Deputy Sheriff, San Benito County

7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                     SAN JOSE DIVISION

11

12  JOEL Y. MURANAKA,                )  Case No. C 08-00542 RMW
                                     )
13                Plaintiff,         )  PROOF OF SERVICE
                                     )
14       vs.                         )
                                     )
15  UNITES STATES OF AMERICA;        )
    MICHAEL MUKASEY; THOMAS FOX, SA  )
16  IRS; BRIAN CASEY, SA DEA; ALFREDO)
    CARDWOOD, SA CDOJ; SCOTT BECKER, )
17  Deputy Sheriff, San Benito Co.; BRUCE )
    BALZANO, SA DEA; ROBERT MUELLER, )
18  United States Attorney,          )
                                     )
19                Defendants.        )
                                     )

20

21

22

23

24

25

26

27

28

                              1

Proof of Service                                Case No. C 08-00542 RMW

1    I, Gina Forese, declare as follows: I am employed in the County of Santa Cruz, State of
2 California. I am over the age of eighteen years and not a party to the within action. My business
3 address is 38 Seascape Village, Aptos, California 95003.
4    On September 10, 2008, I served the following document:
5    • DEFENDANT SCOTT BECKER'S CASE MANAGEMENT STATEMENT

**on the interested parties to said action by the following means:**

<u>X</u>   **(BY MAIL)** By placing a true copy of the above-referenced document(s) enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at Aptos, California, addressed as shown below.

____   **(BY HAND-DELIVERY)** By delivering a true copy thereof, enclosed in a sealed envelope, to the address(es) shown below.

____   **(BY OVERNIGHT DELIVERY)** By placing a true copy thereof, enclosed in a sealed envelope, with delivery charges to be billed to the Law Offices of Vincent P. Hurley, to be delivered by Federal Express, to the address(es) shown below.

____   **(BY FACSIMILE TRANSMISSION)** By transmitting a true copy thereof by facsimile transmission from facsimile number (831) 661-4804 to the interested parties to said action at the facsimile number(s) shown below.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on September 10, 2008, at Aptos, California.

*Gina Forese*
Gina Forese

NAMES(S) AND ADDRESS OR FAX NUMBER(S) OF EACH PARTY SERVED:

Joel Y. Muranaka
185 Hemlock Court
Palo Alto, CA 94306

2

Proof of Service                                                   Case No. C 08-00542 RMW