**E-FILED on** 09/29/08

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOEL Y. MURANAKA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA; MICHAEL MUKASEY; THOMAS FOX, SA IRS; BRIAN CASEY, SA DEA; ALFREDO CARDWOOD, SA CDOJ; SCOTT BECKER, Deputy Sheriff, San Benito Co.; BRUCE BALZANO, SA DEA; ROBERT MUELLER, United States Attorney,<br><br>　　　　Defendants. | No. C-08-00542 RMW<br><br><br>JUDGMENT |

On September 19, 2008 the court entered its order dismissing this action. Therefore,

　　IT IS HEREBY ordered that plaintiff take nothing by way of his complaint and that judgment be entered in favor of all defendants.

DATED:　　09/29/08　　　　　　　　　　　　　　*Ronald M. Whyte*
　　　　　　　　　　　　　　　　　　　　　　　　　RONALD M. WHYTE
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

JUDGMENT—No. C-08-00542 RMW
JAS

1  **Notice of this document has been mailed to:**

2  **Plaintiff:**

3  Joel Y. Muranaka
185 Hemlock Court
4  Palo Alto, CA 94306
650-493-0862
5  PRO SE

6  **Notice of this document has been electronically sent to:**

7  **Counsel for Defendants:**

8  David Countryman           david.countryman@usdoj.gov
Paul T. Hammerness         paul.hammerness@doj.ca.gov
9  Susan Marie Hunt-McArthur shunt-mcarthur@hurleylaw.com
Michael Charles Wenzel     wenzel@bfesf.com
10 Douglas Frank Young        dyoung@hurleylaw.com

11 Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

12

13

14
   **Dated:**    09/29/08                              JAS
15                                              **Chambers of Judge Whyte**

(Line numbers 16–28 blank)

Left margin: **United States District Court** / For the Northern District of California